# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159612

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DEXTER BURRELL TAYLOR,
        Defendant-Appellant.

SC:  159612
COA:  340028
Wayne CC:  16-007780-FC

_____/

On order of the Court, the application for leave to appeal the March 26, 2019 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application.  MCR 7.305(H)(1).

We further ORDER the Wayne Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint William Branch, if feasible, to represent the defendant in this Court.  If this appointment is not feasible, the trial court shall, within the same time frame, appoint other counsel to represent the defendant in this Court.

The appellant shall file a supplemental brief within 42 days of the date of the order appointing counsel addressing:  (1) whether the other-acts evidence offered to show a common plan, scheme, or system contained a "striking similarity" to the charged act as required by  *People v Denson*,  500 Mich 385, 403 (2017); (2) whether the other-acts evidence was admissible under the "doctrine of chances," see *People v Mardlin*, 487 Mich 609, 616-617 (2010); and (3) if the evidence was not offered for a proper purpose, whether its admission was harmless.

In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2).  In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1).  The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief.  The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant.  A reply, if any, must be filed by the appellant

within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2020



Clerk

p0121